**HALPER SADEH LLP**
Zachary Halper, Esq.
186 Darwin Lane
North Brunswick, NJ 08902
Tel: (212) 763-0060
Fax: (646) 776-2600
Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MELISSA HAMLIN,<br><br>    Plaintiff,<br><br>    v.<br><br>BUILDERS FIRSTSOURCE, INC., PAUL S. LEVY, DANIEL AGROSKIN, DAVID A. BARR, CLEVELAND A. CHRISTOPHE, CHAD CROW, JANICE DAVIS, WILLIAM BRADLEY HAYES, BRETT N. MILGRIM, FLOYD F. SHERMAN, and CRAIG STEINKE,<br><br>    Defendants. | Case No: 2:20-cv-15553-BRM-ESK<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

      **PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Melissa Hamlin hereby voluntarily dismisses the above-captioned action as moot. Defendants have not served an answer or a motion for summary judgment.

Dated:  November 24, 2020                    Respectfully submitted,

                                                         **HALPER SADEH LLP**

                                                         /s/ Zachary Halper
                                                         Zachary Halper, Esq.
                                                         186 Darwin Lane
                                                         North Brunswick, NJ 08902
                                                         Telephone: (212) 763-0060
                                                         Facsimile: (646) 776-2600

Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

SO ORDERED:

_____
BRIAN R. MARTINOTTI, USDJ
DATED:  NOV. 25, 2020

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 24, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                        /s/ Zachary Halper
                                        Zachary Halper